IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAR 21 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 17-10015 |
| ) | |
| AARON LAMON, ) | VIO: Title 21, United States Code |
| ) | Sections 841(a)(1) and 841(b)(1)(C) |
| ) | and Title 18, United States Code, |
| ) | Sections 922(g) and 924(c) |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Possession of Controlled Substance with Intent to Distribute)

On or about March 2, 2017, in the Central District of Illinois, the defendant,

**AARON LAMON,**

knowingly possessed with intent to distribute and knowingly distributed a controlled substance, cocaine base (crack), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
(Felon in Possession of a Firearm)

On or about March 2, 2017, in the Central District of Illinois, the defendant,

**AARON LAMON,**

knowingly possessed a firearm, a 9mm pistol and a .45 caliber pistol, which had previously traveled in interstate commerce, the defendant having been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment

for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(g).

## COUNT 3

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about March 2, 2017, in the Central District of Illinois, the defendant,

**AARON LAMON,**

knowingly possessed a firearm, a 9mm pistol and a .45 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute and distribution of a controlled substance, cocaine base (crack);

In violation of Title 18, United States Code, Section 924(c).

A True Bill,

s/Foreperson

_____
Foreperson

s/Adam Korn

_____
PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

ACK